21 A.3d 1165

IN THE MATTER OF ARTHUR J. CUTILLO, AN ATTORNEY
AT LAW (ATTORNEY NO. 040252005).

June 27, 2011.

## ORDER

**ARTHUR J. CUTILLO** of **RIDGEWOOD,** who was admitted to the bar of this State in 1994, having pleaded guilty in the United States District Court for the Southern District of New York to conspiracy to commit securities fraud in violation of 18 *U.S.C.* § 371, and securities fraud, in violation of 15 *U.S.C.* § 78j(b) and 78ff, 17 *C.F.R.* § 240.10b–5 and 240.10b5–2, and 18 *U.S.C.* § 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ARTHUR J. CUTILLO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ARTHUR J. CUTILLO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ARTHUR J. CUTILLO** comply with *Rule* 1:20–20 dealing with suspended attorneys.